UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:24-00384-TMC |
| | ) | |
| vs. | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| TYLER MICHAEL BERLICK | ) | |

Mr. Berlick is scheduled to be sentenced on March 6, 2025. He wishes to offer the attached personal letters for the Court's consideration. In the interest of judicial economy defense counsel is submitting this letter in advance of the hearing.

                                                        Respectfully submitted,

                                                        FEDERAL PUBLIC DEFENDER
                                                        Attorney for the Defendant

BY:   *s/Benjamin T. Stepp*
        Benjamin T. Stepp, ID# 4301
        Assistant Federal Public Defender
        75 Beattie Place, Suite 950
        Greenville, South Carolina 29601
        (864) 235-8714
        benjamin_stepp@fd.org

Greenville, South Carolina

February 18, 2025

# EXHIBIT

## Letters of Support

# USA v. BERLICK

## 6:24-cr-00384-TMC

The Honorable Timothy M. Cain
United States District Judge
c/o Federal Public Defender
75 Beattie Place, Ste. 950
Greenville, SC 29601

Michael K. Berlick
W345 S10473 County Rd. E
Mukwonago, WI 53149

December 25, 2024

My Name is Michael Berlick, and I am the proud father of Tyler Michael Berlick. I am writing to provide a character reference for him as he faces the court. I have known my son all his life, and I can attest to his kind heart, strong work ethic, and deep sense of responsibility, both as a father and as a member of our community.

Tyler has always been a kind and compassionate person. From a young age, he showed a natural inclination to help others, often going out of his way to support friends and family. As a father, he has exemplified these qualities, raising his children with love, patience, and care. He is deeply devoted to his family, constantly ensuring their needs are met and that they have a stable and supportive environment in which to grow.

Beyond his role as a father, Tyler is one of the hardest-working individuals I know. He has always been determined to improve his life and provide for his loved ones. Whether it's advancing in his career, learning new skills, or taking on extra responsibilities, his dedication and perseverance are truly admirable.

The situation that has brought my son before the court is, I believe, an unfortunate result of his deep desire to help someone in need. His intentions were honorable, motivated by his compassion and selflessness. While I understand that the outcome of his actions may have led to trouble, I firmly believe that this does not define who he is as a person.

I respectfully ask that the court consider Tyler Michael Berlick's lifelong dedication to helping others, his commitment to his family, and his strong moral character. I am confident that he has learned from this experience and will continue to strive to be a positive influence on everyone around him.

Thank you for taking the time to consider this letter.

Sincerely,
Michael Berlick

The Honorable Timothy M. Cain
United States District Judge
c/o Federal Public Defender
75 Beattie Place, Ste. 950
Greenville, SC 29601

Jennifer M. Dunifer
122 Rayome Dr.
Iron Ridge, WI 53035

December 25, 2024

I am writing to provide a character reference for my younger brother, Tyler Michael Berlick, who is currently before the court. I have known Tyler his entire life, and I can confidently say that he is a kind, hardworking, and selfless individual who always strives to do the right thing.

One of Tyler's greatest qualities is his unwavering kindness. He has always had a heart for helping others, whether it's family, friends, or even strangers. He has consistently gone out of his way to support those in need, often putting their well-being ahead of his own. This compassion is not only evident in his relationships but also in how he approaches his role as a father. He is a dedicated and loving parent who prioritizes his children's happiness and success, ensuring they grow up in a nurturing and supportive environment.

Tyler is also an incredibly hardworking individual. He has always sought to better himself and his circumstances, constantly looking for opportunities to grow and improve. Whether it's advancing in his career or taking on extra responsibilities to provide for his family, he never shies away from hard work.

The circumstances that have brought Tyler before the court stem from his desire to help someone in need. While his intentions were pure and driven by a desire to rescue and protect, I understand that the outcome of his actions may not have been ideal. I believe this situation does not reflect his true character, as his actions were born out of concern and compassion, not malice.

I respectfully ask that the court consider Tyler's kind heart, dedication to his family, and consistent efforts to better himself and those around him. I am confident that he will learn from this experience and continue to be a positive influence in the lives of those who know him.

Thank you for taking the time to consider this letter. Please feel free to contact me at 305-510-8434 or berlj7749@gmail.com if you require any additional information or have further questions.

Sincerely,
Jennifer M. Dunifer

The Honorable Timothy M. Cain
United States District Judge
c/o Federal Public Defender
75 Beattie Place, Ste. 950
Greenville, SC 29601

Nicholas A. Dunifer
122 Rayome Dr.
Iron Ridge, WI 53035

December 25, 2024

My name is Nicholas Dunifer, and I am writing this letter to provide a character reference for my brother-in-law, Tyler Michael Berlick. I have known Tyler for many years, not only as a member of our family but also as a coworker, as we worked together for five years. In that time, I came to know him as a kind, hardworking, and reliable individual who consistently demonstrates his integrity and dedication to others.

During the years we worked together, Tyler proved himself to be an exceptionally hardworking and dependable team member as first a truck driver and then the warehouse manager. He approached every task with determination and a willingness to learn. He took pride in his work and consistently sought ways to improve himself and contribute to the success of our team. His ambition and commitment to doing his best were clear to everyone who worked alongside him.

Tyler goes out of his way to help others, both in the workplace and in his personal life. His kindness is one of his defining traits, and I have personally witnessed him offer support and guidance to those who needed it, even when it required significant time and effort on his part. He is also an incredible father, deeply devoted to his children.

The situation that has brought Tyler before the court is, I think, a result of his desire to help someone in need. While the circumstances may have led to unintended consequences, I know his intentions were motivated by compassion and a genuine effort to make a positive difference.

I respectfully ask that the court consider Tyler's strong character, dedication to his family, and consistent efforts to better himself and support others. I believe he will learn from this experience and to be the kind and hardworking person we all know him to be.

Thank you for taking the time to consider this letter.

Sincerely,
Nicholas Dunifer